**THE LAW OFFICES OF JOHN L. BURRIS**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

**THE LAW OFFICES OF JOHN L. BURRIS**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt.lacy@johnburrislaw.com
julia.quesada@johnburrislaw.com
lena.andrews@johnburrislaw.com

Attorneys for Plaintiff
Michael Medina-Fernandez

## UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MEDINA-FERNANDEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LONG BEACH, a municipal entity; CHISTOPHER VALDEZ, individually and in his official capacity as a detective for the CITY OF LONG BEACH police department; DANIEL MELENDEZ, individually and in his official capacity as a detective for the CITY OF LONG BEACH police department; ALFREDO CHAIREZ, individually and in his official capacity as a detective for the CITY | Case No.: 2:21-cv-07038-FLA-GJS <br><br> *(Honorable Fernando L. Aenlle-Rocha (Magistrate Judge Gail J. Standish))* <br><br> **NOTICE OF TENTATIVE SETTLEMENT OF ENTIRE ACTION** |

Case No. 2:21-cv-07038-FLA-GJS
NOTICE OF TENTATIVE SETTLEMENT OF ENTIRE ACTION

OF LONG BEACH police department; JEREMY BOSHNACK, individually and in his official capacity as a sergeant for the CITY OF LONG BEACH police department; BRIAN TULIAU, individually and in his official capacity as a sergeant for the CITY OF LONG BEACH police department; and DOES 6-50, individually and in their official capacity as police officers for the CITY OF LONG BEACH Police Department,

　　　　　Defendants.

## TO THE HONORABLE COURT:

In accordance with Central District L.R. §§ 16-15.7 and 40-2, PLEASE TAKE NOTICE that the parties have reached a tentative settlement of the entire case for a specified amount subject to the approval by the CITY OF LONG BEACH's city council. The approval process is anticipated to be completed within 30 days of the filing of this notice. The settlement is between Plaintiff and all Defendants to this action.

Upon approval of the settlement and full payment of the settlement proceeds, the action, including all claims against all Defendants, will be dismissed. Specifically, within seven (7) days of receipt of the settlement funds by Plaintiff, Plaintiff shall file a dismissal of the entire action with prejudice.

Accordingly, the parties request that all hearing dates be vacated and all proceedings stayed for sixty (60) days in anticipation of the Long Beach City Council's approval of the tentative settlement and its finalization.

//
//
//

Dated: March 3, 2023              **THE LAW OFFICES OF JOHN L. BURRIS**

By: /s/ *Lena Andrews*
    DeWITT M. LACY
    JOHN L. BURRIS
    JULIA N. QUESADA
    LENA P. ANDREWS
    Attorneys for Plaintiff,
    Michael Medina-Fernandez

Dated: March 3, 2023              **BURKE WILLIAMS AND SORENSEN LLP**

By: /s/ *Caylin W. Jones*
    NATHAN A. OYSTER
    CAYLIN JONES
    ALGERIA R. FORD
    Attorneys for Defendants

## Attestation in Concurrence in the Filing

The filer, Lena P. Andrews, attests that all other signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing of this stipulation.

Dated: March 3, 2023              By: /s/ *Lena Andrews*